UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Felix D. Portes</u>

    v.                                           Civil No. 16-cv-393-JL

<u>Eduardo A. Masferrer</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 6, 2016.

SO ORDERED.

                                                                /s/ Joe Laplante
                                                                Joseph N. Laplante
                                                                United States District Judge

Date: December 21, 2016

cc:   Felix D. Portes, pro se